CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Branson Chase Huskey**<br>DOB: 1999; United States | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01266MJ |

Complaint for violations of 8 U.S.C. §§ 1324(a)(1)(A)(ii) & 1324(a)(1)(B)(i); 1325; 18 U.S.C. § 3

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**
**COUNT 1 (Felony)** On or about October 29, 2025, in the District of Arizona, **Branson Chase Huskey**, knowing or in reckless disregard that certain aliens, including Mayra Valdez-Hernandez, had come to, entered, and remained in the United States in violation of law, did transport and move said aliens within the United States by means of transportation and otherwise, in furtherance of such violation of law and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(i).**
**COUNT 2 (Misdemeanor)** On or about October 29, 2025, in the District of Arizona, **Branson Chase Huskey**, knowing that certain illegal aliens, including Mayra Valdez-Hernandez, had entered the United States at a time or place other than as designated by immigration officers, did knowingly assist them so that they would not be apprehended by law enforcement by transporting them in a vehicle; in violation of **Title 8, United States Code, Section 1325(a)(1)** and **Title 18 United States Code, Section 3**.

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**
On October 29, 2025, in the District of Arizona (Nogales), Border Patrol agents (BPAs) were conducting surveillance around East Beck Street in Nogales, Arizona. East Beck Street is located approximately two-tenths of a mile north of the border and is commonly used as a staging area by smuggling organizations. The area allows individuals who illegally cross the border to quickly reach pick-up points. East Beck Street is also near Highway 82 which smugglers commonly use because it allows them to circumvent the checkpoint located on Interstate 19. While conducting surveillance, BPAs observed three individuals concealed in the brush near a residence on East Beck Street in a manner consistent with smuggling activity. BPAs then observed a white 2021 Buick Enclave bearing Arizona license plate EEA133 approach and saw the three individuals emerge from the brush, run towards the Enclave, and quickly enter the vehicle. Camera operators observed the Enclave jerk from left to right, indicating that the three individuals were moving around inside the vehicle. The Enclave remained parked for a period time before leaving and driving north on Morley Avenue. On Morley Avenue, BPAs observed only the driver in the vehicle with no visible passengers. The Enclave then began travelling east on Highway 82. Record checks on the Enclave returned out of Queen Creek, Arizona. BPAs initiated a vehicle stop and the Enclave yielded near mile marker 11 on Highway 82. As BPAs approached the Enclave, they observed three individuals attempting to conceal themselves in the rear cargo area of the vehicle. The driver, identified as **Branson Chase Huskey**, was instructed to turn off the vehicle and he complied. An immigration inspection was performed on the individuals in the cargo area, including Mayra Valdez-Hernandez, and BPAs determined them to be citizens of Mexico illegally present in the United States. Record checks revealed that Mayra Valdez-Hernandez does not possess the proper documentation to enter, pass through, or remain in the United States legally. **Huskey** was determined to be a United States citizen.   **Continued on next page.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Mayra Valdez-Hernandez

| Detention Requested<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br><br>OFFICIAL TITLE & NAME:<br>Jeremy Sykes<br>U.S. Border Patrol Agent |
|---|---|
| Sworn by telephone _X_ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 30, 2025 |

1) See Federal rules of Criminal Procedure Rules 3 and 54
Reviewing AUSA: Price

**Continued from front page.**

Material witness Mayra Valdez-Hernandez stated that she is a citizen of Mexico and that she was charged $8,500 to be smuggled into the United States. She said she already paid $4,800. She illegally crossed the border by jumping the fence and was guided by phone as she walked to an area near a tree where she hid for the night. The next day she was eventually taken to a house. At the house, a male and older lady opened the door and welcomed her. There was one person already in the house when she arrived and one more arrived later that night. Valdez-Hernandez stated that the male who opened the door to the house and told her that a white vehicle was outside and ready to pick her up. Valdez-Hernandez described the driver of the vehicle as a white male and stated that he made hand gestures to her and the others to go to the back of the vehicle and hide or lay down.

After waiving his *Miranda* rights, **Branson Chase Huskey** stated that he is from North Carolina. He said he flew to Texas to visit a friend and then flew to Phoenix. **Huskey** said he then rented a car in Phoenix and stated that he drove down to Nogales, Arizona to pick up some people.